441 A.2d 779

Commonwealth v. Nelson, Appellant.

Submitted April 29, 1981. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., BROSKY and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.

441 A.2d 779

Commonwealth v. Sippel, Appellant.
Petition for Allowance of Appeal Denied May 6, 1982.

Before SPAETH, HESTER and SHERTZ, JJ.

The order of the lower court is hereby affirmed.

Decision was rendered prior to SHERTZ, J., leaving the bench of the Superior Court of Pennsylvania.